IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RINCON INVESTORS, LLC,           )
                                 )
    Appellant,                   )
                                 )
v.                               )   CASE NO. CV417-119
                                 )
MABLETON, LLC,                   )
                                 )
    Appellee.                    )
_____)

O R D E R

Before the Court is the parties' Stipulation of Dismissal of Appeal. (Doc. 24.) Pursuant to Federal Rule of Bankruptcy Procedure 8023 "[t]he clerk of the district court or BAP must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due." As requested by the parties, this appeal is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA